**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Franco Belizaire, | ) | No. CV-08-0332-PHX-FJM |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Katrina Kane, | ) | |
| Respondent. | ) | |

    The court has before it petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, the respondent's response (doc. 10), and the Report and Recommendation of the United States Magistrate Judge recommending that the petition be denied (doc. 15). No objection to the Report and Recommendation was filed and the time to do so has expired.

    The court accepts the recommended decision of the United States Magistrate Judge pursuant to Rule 72(b), Fed. R. Civ. P. Therefore, **IT IS ORDERED DENYING** the petition for writ of habeas corpus (doc. 1).

    DATED this 13th day of August, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge